<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6522**

_____

HECTOR BONILLA-ROSADO,

                    Petitioner – Appellant,

        v.

KUMA DEBOO, Warden,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:11-cv-00146-FPS-JES)

_____

Submitted:  July 19, 2012              Decided:  July 23, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hector Bonilla-Rosado, Appellant Pro Se.  Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Bonilla-Rosado, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition.  Because Bonilla-Rosado failed to object to the magistrate judge's recommendations after being given proper notice, he has waived appellate review of those claims.  United States v. Midgette, 478 F.3d 616, 621-22 (4th Cir. 2007).  Therefore, we affirm the judgment of the district court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED